**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

TONI LEE HEBDA and KENNETH
BERDINE,

               Plaintiffs,

    v.

ROSEDALE TECHNICAL COLLEGE,

            Defendant.

**ELECTRONICALLY FILED**

Civil Action No. 2:22-cv-1486

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)

PLEASE TAKE NOTICE: (Check one):

_XXX_ This action is dismissed by the Plaintiff(s) in its entirety.

_____ The Counterclaim brought by Claimant(s) is dismissed by Claimant(s) in its entirety.

_____ The Cross-Claim brought by Claimants(s) is dismissed by the Claimant(s) in its entirety.

_____ The Third-party Claim brought by Claimant(s) is dismissed by the Claimant(s) in its entirety.

_____ ONLY Defendant(s) _____ is/are dismissed from (check one) ___ Complaint, ___ Counterclaim, ___ Cross-claim, ___ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a).

Dated: November 14, 2022            Respectfully Submitted,

                             */s/ Michael C. Alberty*

                           _____
                           Michael C. Alberty (PA Bar No. 54977)

mike@sphotolaw.com

*/s/ Stephen S. Photopoulos*

_____

Stephen S. Photopoulos (PA Bar No. 89590)
steve@sphotolaw.com

LAW OFFICE OF STEPHEN S. PHOTOPOULOS
3000 McKnight East Drive, Suite 330
Pittsburgh, PA 15237
Phone: (412) 414-9889

Counsel for Plaintiffs,
Toni L. Hebda and Kenneth Berdine